890 F.2d 490w
 UNITED STATES of America, Appellee,
v.
Esnoel LOPEZ-PENA, Defendant, Appellant.
UNITED STATES of America, Appellee,
v.
Hector BURGOS, a/k/a "Tito," Defendant, Appellant.
UNITED STATES of America, Appellee,
v.
Elvin Perez SOTO and Fernando Rupert-Gonzalez, Defendants,
Appellants.
UNITED STATES of America, Appellee,
v.
Santos Jesus MARTINEZ-TORRES, Defendant, Appellant.
UNITED STATES of America, Appellee,
v.
Luis Alfredo MARTINEZ-TORRES, Defendant, Appellant.
UNITED STATES of America, Appellee,
v.
Epifanio MARTINEZ-TORRES, a/k/a "Fanny," Defendant, Appellant.
 Nos. 87-2003 through 87-2008.
 United States Court of Appeals,
First Circuit.
 Heard May 5, 1989.
Decided Nov. 22, 1989.
As Amended Dec. 1, 1989.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION